1  **VICTOR S. HALTOM**
   Attorney at Law
2  State Bar No. 155157
   428 J Street, Suite 350
3  Sacramento, CA 95814
   Telephone: (916) 444-8663
4  Facsimile: (916) 444-1546
   e-mail: vshjah@aol.com
5
   Attorney for Defendant
6  **MINH HUYNH**

7

8             IN THE UNITED STATES DISTRICT COURT

9         IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10
                           -- o0o --
11

12 **THE UNITED STATES OF** )    CR. S-99-433 WBS
   **AMERICA,**             )
13                          )
          Plaintiff,        )    **EX PARTE REQUEST AND**
14                          )    **ORDER FOR DENTAL CARE**
   v.                       )    **FOR INMATE MINH HUYNH**
15                          )
   **MINH HUYNH,** et al.,  )
16                          )
                            )
17        Defendants.       )
   _____  )
18

19                          REQUEST

20     Attached hereto is a jail health services dental treatment sheet concerning Minh

21 Huynh. This document reflects that Mr. Huyn is suffering from "moderate to severe

22 generalized periodontitis [and] excessive bone loss," etc. The document further reflects

23 that Mr. Huynh is in need of a "periodontal work-up and treatment[.]" Jail dental staff

24 have informed the undersigned that a court order will be required in order for Mr. Huynh

25 to receive the indicated work-up and treatment. Hence, this request.

26 DATE: July 22, 2005                          Respectfully Submitted,

27
                                                 /s/
28                                              _____
                                                VICTOR S. HALTOM
                                                Attorney for Defendant
                                                MINH HUYNH

1
ORDER

2
    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the United States

3
Marshals Service, or whoever has custody of defendant Minh Huynh, arrange for him to

4
receive a dental examination forthwith, and that, thereafter, he be provided with any

5
further dental treatment that may be necessary.

6
    IT IS SO OREDRED.

7
Date: July 25, 2005

8

9
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28