UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

MINH HUYNH,

        Defendant.
_____/

In re: VICTOR HALTOM
_____/

NO. CR. S-99-0433 WBS

<u>ORDER TO SHOW CAUSE</u>

----oo0oo----

       Pursuant to proceedings held in open court on November 23, 2005, Victor Haltom is ordered to refund to the United States all attorney fees which he has received to date for representation of Minh Huynh in this matter or to show cause why he should not be adjudged in contempt for failure to do so.

       IT IS SO ORDERED.

DATED: November 23, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE