**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 444-1546
e-mail: vshjah@aol.com

Former Counsel for Defendant
**MINH HUYNH**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

-- o0o --

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** | CR. S-99-433 WBS |
| Plaintiff, | **ORDER** |
| v. | |
| **MINH HUYNH,** et al., | |
| Defendants. | |

IT IS HEREBY ORDERED that Victor S. Haltom shall file a response to this court's order to show cause on or before December 23, 2005.

DATE: November 30, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE