**JOHN R. DUREE, JR., Inc.**
A Professional Corporation
State Bar No. 65684
428 J Street, Suite 352
Sacramento, CA 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988
*e-mail: jduree@pacbell.net*

Counsel for
**VICTOR S. HALTOM**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

-- o0o --

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** | CR. S-99-433 WBS |
| Plaintiff, | **ORDER** |
| v. | |
| **MINH HUYNH,** et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Victor S. Haltom shall file a response to this court's order to show cause on or before January 25, 2006.

DATE: December 22, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE