CHRISTOPHER HAYDN-MYER, Bar #176333
1418 20th Street, First Floor
Sacramento, California 95814
Telephone: (916) 622-1703
Fax: (916) 443-1572

Attorney for Defendant
MINH HUYNH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 99-433 WBS |
| Plaintiff, | ) EX PARTE REQUEST AND [PROPOSED] ORDER FOR TELEPHONE CALLS WEEKLY TO COUNSEL AND COURT APPOINTED INVESTIGATOR |
| v. | ) |
| MINH HUYNH, | ) |
| Defendant. | ) |
| _____ | ) |

    Defendant, MINH HUYNH, is currently housed at the Sacramento County Main Jail.  I was recently appointed to represent Mr. Huynh by this Court.  I have been informed that there are over 110,000 pages of discovery in the case, and I have been attempting to meet with Mr. Huynh, Mr. Huynh's investigator, and read as much of the discovery as possible in order to prepare for Mr. Huynh's trial.  To prepare for Mr. Huynh's defense, I am asking that the Court order that Mr. Huynh be allowed calls weekly to his attorney, Christopher Haydn-Myer, at telephone numbers (916) 503-1800 and (916) 622-1703, and his court appointed investigator, Loc Ngo, at telephone number (916) 399-9422.

Dated: January 3, 2006						Respectfully Submitted,

						/s/Chris Haydn-Myer
						CHRISTOPHER HAYDN-MYER
						Attorney for Defendant
						Minh Huynh

### ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant, Minh Huynh, be allowed calls weekly to his attorney, Christopher Haydn-Myer, at telephone numbers (916) 503-1800 and (916) 622-1703, and his court appointed investigator, Loc Ngo, at telephone number (916) 399-9422.

IT IS SO ORDERED.

DATED: January 23, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2