**JOHN R. DUREE, JR., Inc.**
A Professional Corporation
State Bar No. 65684
428 J Street, Suite 352
Sacramento, CA 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988
*e-mail: jduree@pacbell.net*

Counsel for
**VICTOR S. HALTOM**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

-- o0o --

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** ) | CR. S-99-433 WBS |
| ) | **ORDER** |
| Plaintiff, ) | |
| v. ) | |
| **MINH HUYNH,** et al., ) | |
| Defendants. ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that {1} the court reporter shall provide to John R. Duree, Jr. a transcript of the hearing in this case on November 23, 2005, including the sealed portion of that hearing, and {2} Victor S. Haltom shall file a response to this court's order to show cause on or before February 27, 2006. All costs of preparing such transcript shall paid by Mr. Haltrom or Mr. Duree, and shall not be billed to or borne by the court, the court reporter, the government or the defendant.

DATE: January 25, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE