MICHAEL D. LONG
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 208
Sacramento, CA 95814
Telephone:  (916) 447-1920
Facsimile:  (916) 442-8299
Email:         Long_5999@msn.com

Attorney for Defendant
HOANG AI LE

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br><br>     vs.<br><br>JOHN THAT LUONG,<br>HOANG AI LE,<br>THENG LATTANAPHON,<br>MINH HUYNH,<br>         Defendants | Case No.:  Cr.S-99-433-WBS<br><br>**APPLICATION, ORDER, AND WRIT FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

COMES NOW the defendant herein by his counsel of record and represents and shows:

Defendant HOANG AI LE is requesting that **witness LAM CHOI (aka LAM CHOY), CDC #T-05954, dob 5-1-1979,** be produced in court for the jury trial in that said witness/prisoner is a necessary, material and competent factual witness, and that in order to secure the attendance of said prisoner it is necessary that a Writ of Habeas Corpus Ad Testificandum be issued commanding said Warden or Jailor to produce said prisoner in said Court, the Courtroom of the Honorable William B. Shubb, Courtroom #5, Fourteenth Floor, Robert T. Matsui United States Courthouse, 501 "I" Street, Sacramento, California, on

**November 15, 2007**, at **9:00 a.m**., in order that said defendant/prisoner may respond to and answer such questions as may be propounded to him during the course of the jury trial.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Testificandum, out of and under the seal of this Court, commanding said Warden or Jailor to have and produce said prisoner in said United States Courtroom on said date, then and there to respond to and answer such questions as may be propounded to him during the course of the hearing of the above-entitled case; and at the termination of said case to return him forthwith to said above-mentioned institution.

I declare under penalty of perjury and the preceding it true and correct. Executed on September 11, 2007.

**MICHAEL D. LONG**
Attorney at Law

/s/ Michael D. Long
By: Michael D. Long
Attorney for Defendant
HOANG AI LE


### ORDER


Upon reading and filing the foregoing application in that behalf; **IT IS ORDERED** that a Writ of Habeas Corpus Ad Testificandum issue as prayed for herein.

Dated: October 2, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 208
Sacramento, CA 95814
Telephone: (916) 447-1920
Facsimile: (916) 442-8299
Email:      Long_5999@msn.com

Attorney for Defendant
HOANG AI LE

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-99-433-WBS |
| Plaintiff, | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| vs. | |
| JOHN THAT LUONG, HOANG AI LE, THENG LATTANAPHON, MINH HUYNH, | |
| Defendants | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   The Warden, Sheriff or Jailor of the FOLSOM STATE PRISON ("Old Folsom") at 300 Prison Road, Represa, California, 95671, and to any United States Marshal.

### G R E E T I N G

WE COMMAND on November 15, 2007, that you produce and deliver the person known as **LAM CHOI (aka LAM CHOY), CDC #T-05954, dob 5-1-1979,** now in your custody in the herein above mentioned institution, to the custody of the United States Marshal, or other authorized Federal Agents, so that he may be brought before the United States District Court,

Courtroom # 5, Fifteenth Floor, Robert T. Matsui United States Courthouse, 501 "I" Street Sacramento, California, forthwith and for the duration of the hearing of the above-entitled case, in order that said prisoner may then and there respond to and answer to as a witness such questions as may be asked him in the course of said hearing; and at the termination of said hearing to return him forthwith to said herein above mentioned institution.

WITNESS the Honorable **William B. Shubb**, Judge, United States District Court for the Eastern District of California.

DATED: October 10, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DATED: _____     **C**LERK, UNITED STATES DISTRICT COURT
                                    Eastern District of California


                                    By: _____
                                        DEPUTY CLERK