CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95811
Telephone: (916) 622-1703
Fax: (916) 443-5084

Attorney for Defendant
MINH HUYNH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 99-433 WBS |
| Plaintiff, | EX PARTE REQUEST AND [~~PROPOSED~~] ORDER FOR SACRAMENTO COUNTY JAIL LIBRARY VISITS |
| v. | |
| MINH HUYNH, | |
| Defendant. | |

Defendant, Minh Huynh, is currently housed at the Sacramento County Main Jail. Mr. Huynh has informed counsel that he needs to research his Supreme Court Writ at the Sacramento County jail law library. Further, Mr. Huyhn has informed counsel that he has made repeated requests to visit the law library, but he has not been allowed to visit it in over two months.

Mr. Huynh is asking that the Court order the Sacramento County jail to allow him to visit the Sacramento County jail law library for 2 hours per week for the next six weeks to complete his Writ.

Dated: March 19, 2009        Respectfully Submitted,

                              /s/Chris Haydn-Myer

```
                        CHRISTOPHER HAYDN-MYER
                        Attorney for Defendant
                        Minh Huynh
```

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant, Minh Huynh, be allowed reasonable access to the Sacramento County jail law library, but not necessarily for 2 hours per week for the next six weeks. Counsel may assist him in completing his petition for Writ of Certiorari.

IT IS SO ORDERED.

DATED: March 19, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE