LAWRENCE G. BROWN
Acting United States Attorney
WILLIAM S. WONG
JASON HITT
Assistant U.S. Attorneys
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-99-433-WBS |
| Plaintiff, | AMENDED STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING ON POST TRIAL MOTIONS |
| v. | |
| JOHN THAT LUONG, et al., | |
| Defendants. | DATE: March 23, 2009<br>TIME: 8:30 a.m.<br>CTRM: Honorable William B. Shubb |

The United States of America, through its counsels of record, Lawrence G. Brown, Acting United States Attorney for the Eastern District of California, and William S. Wong and Jason Hitt, Assistant United States Attorneys; defendant John That Luong, through his counsel, Richard Mazer, Esq.; defendant Thongsouk Lattanaphon, through his counsel, Jeffrey Staniels, Asst. Fed. Def.; defendant Minh Huynh, through his counsel, Christopher Haydn-Myer, Esq.; and defendant Hoang Ai Le, through his counsel, Michael Long, Esq., hereby stipulate and agree that the hearing on post trial motions set for March 23, 2009, at 8:30 a.m. should be continued to May 4, 2009, at 9:00 a.m.  Counsel for the government incorrectly requested the post trial motions be set for May 18 in its original

Stipulation and Order to continue hearing on post trial motions.

Defendants John That Luong and Hoang Ai Le (as well as Mady Chan and Huy Chi Luong) are currently in the Northern District of California for resentencing before the Honorable Marilyn Patel, U.S. District Court Judge. Assistant U.S. Attorney Robert Rees has advised the government that a three-hour sentencing hearing was conducted on March 13, 2009, but did not conclude and was continued to March 20, 2009, as a tentative date. The government was contacted by a probation officer in the Northern District who advises that Judge Patel is desirous of an updated/revised presentence report for the defendants before the resentencing. On March 19, 2009, Assistant U.S. Attorney Rees emailed the government and advised that the tentative resentencing date of March 20, 2009 needs to be rescheduled to allow additional time for the parties and the probation officer to complete their tasks. The defendants are currently in San Francisco and are not available for post trial motions and resentencing in the Eastern District of California.

Counsel for the government is scheduled for knee surgery on April 3, 2009, and will not be available until sometime near the end of April. Counsel for defendant John That Luong, Richard Mazer, Esq., will not be available after the May 4 date and will be in a long protracted trial that will last several months and thus requests the May 4 date in order to accommodate his calendar. Accordingly, the parties have agreed to continue the post trial motions and resentencing to May 4, 2009, at 9:00 a.m.

Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

```
1  DATED: March 25, 2009         By: /s/ William S. Wong
                                     WILLIAM S. WONG
2                                    Assistant U.S. Attorney

3  DATED: March 25, 2009         By: /s/ Jason Hitt
                                     JASON HITT
4                                    Assistant U.S. Attorney

5  DATED: March 25, 2009         By: /s/ Richard Mazer
                                     RICHARD MAZER for defendant
6                                    John That Luong

7  DATED: March 25, 2009         By: /s/ Jeffrey Staniels
                                     JEFFREY STANIELS for defendant
8                                    Thongsouk Lattanaphon

9  DATED: March 25, 2009         By: /s/ Christopher Haydn-Myer
                                     CHRISTOPHER HAYDN-MYER for
10                                   defendant Minh Huynh

11 DATED: March 25, 2009         By: /s/ Michael Long
                                     MICHAEL LONG for defendant
12                                   Hoang Ai Le
```

**ORDER**

For the reasons set forth above, it is hereby ordered that this matter be reset for May 4, 2009, at 9:00 a.m.

DATED: March 25, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE