1  CHRISTOPHER HAYDN-MYER, Bar #176333
   1809 19th Street
2  Sacramento, California 95814
   Telephone: (916) 622-1703
3  Fax: (916) 443-5084

4

5  Attorney for Defendant
   MINH HUYNH
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,    ) NO. CR S99-433 WBS
                                )
13           Plaintiff,          ) EX PARTE REQUEST AND [PROPOSED]
                                ) ORDER FOR AN ORTHOPEDIC SHOE
14     v.                       )
                                )
15 MINH HUYNH,                   )
                                )
16           Defendant.          )
                                )
17 _____ )

18
        Counsel has been informed that Mr. Huynh suffered a gunshot wound in
19
   approximately 1990.  Since that time, he has suffered pain in his leg.
20
   Counsel has further been informed that in 1997, while incarcerated at the
21
   federal institution in Dublin, California, he was allowed to wear his
22
   orthopedic shoe for more support.
23
        Mr. Huynh has informed counsel that his family will pay for the
24
   orthopedic shoe. Therefore, counsel is requesting that Mr. Huynh's family
25
   be allowed to provide him with an orthopedic shoe.
26
   ///
27
   ///
28

Dated: June 9, 2009                    Respectfully Submitted,


                                       /s/Chris Haydn-Myer
                                       CHRISTOPHER HAYDN-MYER
                                       Attorney for Defendant
                                       Minh Huynh


ORDER

The government has filed an opposition to the foregoing request, pointing out that defendant has been in custody since 1996, and has never before requested an orthopedic shoe or complained about the lack of an orthopedic shoe, although he has complained about other alleged physical conditions for which he has not been found to need special care or treatment.  The only basis for the claim that defendant needs a special shoe is the statement of the defendant himself.

IT IS THEREFORE ORDERED that defendant's request for an order allowing his family to provide him with an orthopedic shoe be, and the same hereby is, DENIED, without prejudice to the right of defendant to file a noticed motion supported by appropriate declarations, and the right of the government to request an evidentiary hearing on the motion.

DATED:  June 16, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2