UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| UNITED STATES OF AMERICA, Plaintiffs, v. MINH HUYNH, Defendant. | U.S.D.C., Case No.: 2:99-CR-00433-WBS-GGH-2 ORDER TO CONDITIONALLY UNSEAL DOCUMENTS |
|---|---|

Counsel for defendant Minh Huynh on appeal, Kathleen C. Page, has moved the court for an Order conditionally unsealing certain documents, in order for her to determine if those documents contain any information which might assist the defendant on appeal. The government has requested a hearing, prior to the court's determination, in order to establish whether disclosure of any of the requested documents may cause irreparable harm to any party. The court has reviewed, in camera, each of the requested documents. None of the documents were submitted by the government. Almost all are related to requests by Richard Mazer, the attorney for defendant John That Luong. The court can perceive no irreparable harm to any party by the disclosure of any of those documents under the conditions agreed upon by Minh Huynh's appellate counsel. Accordingly,

GOOD CAUSE HAVING BEEN FOUND, IT IS ORDERED THAT the documents listed below be conditionally unseal, and that a copy be provided *only* to

Kathleen C. Page, of Page & Page Attorneys at Law, appellate counsel for Minh Huynh, *and* to Assistant United States Attorney William S. Wong, or such other representative of the United States Attorney's Office as may be assigned to this case.

The documents must remain under seal for all other purposes.

| Date | Docket Number | Docket Description |
| --- | --- | --- |
| 10/01/99 | 967 | AO257 (Sealed) as to John That Luong, Minh Huynh, Thy Chann, Thongsouk Theng Lattanaphon, Hoang Nguyen, Son Van Nguyen, Hoang Ai Le (Waggoner, D) (Entered: 10/10/2007) |
| 12/08/00 | 78 | SEALED document (ar) (Entered: 12/08/2000) |
| 12/06/01 | 96 | SEALED document (pb) (Entered: 02/06/2001) |
| 3/15/01 | 101 | SEALED document (ar) (Entered: 03/15/2001) |
| 4/12/01 | 113 | SEALED document ( ) (ds) (Entered: 04/12/2001) |
| 4/23/01 | 114 | SEALED document (ar) (Entered: 04/23/2001) |
| 5/21/01 | 119 | SEALED document ( ) (ds) (Entered: 05/21/2001) |
| 5/21/01 | 120 | SEALED document (ds) (Entered: 05/21/2001) |
| 6/18/02 | 203 | SEALED document (lm) (Entered: 06/18/2002) |
| 6/18/02 | 204 | SEALED document (lm) (Entered: 06/18/2002) |
| 7/22/02 | 218 | SEALED document (mdp) (Entered: 07/22/2002) |
| 8/19/02 | 243 | SEALED document ( ) (old) (Entered: 08/19/2002) |
| 9/3/02 | 266 | SEALED document (lm) (Entered: 09/04/2002) |
| 9/4/02 | 265 | SEALED document (lm) (Entered: 09/04/2002) |
| 9/5/02 | 267 | SEALED document (lm) (Entered: 09/05/2002) |
| 9/5/02 | 268 | SEALED document (lm) (Entered: 09/05/2002) |
| 9/6/02 | 272 | SEALED document ( ) (old) (Entered: |

| Date | Docket Number | Docket Description |
|---|---|---|
|  |  | 09/09/2002) |
| 10/4/07 | 957 | SEALED EVENT (appropriate party served) (Matson, R) (Entered: 10/04/2007) |
| 10/4/07 | 958 | SEALED EVENT (appropriate party served) (Matson, R) (Entered: 10/04/2007) |
| 10/10/07 | 970 | SEALED EVENT (Kastilahn, A) (Entered: 10/11/2007) |
| 9/21/09 | 1336 | SEALED EVENT (Attachments: # 1 Part 2, # 2 Part 3) (Waggoner, D) (Entered: 09/21/2009) |

Dated: September 16, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE