# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN THAT LUONG, MINH HUYNH, THY CHANN, AND THONGSOUK THENG LATTANAPHON aka THONSOUK THENG LATTANAPHOM, <br><br> Defendants. | No. 2:99-cr-00433-WBS <br><br> **ORDER** |

Pursuant to stipulation of the parties, a Status Conference as to the above-captioned defendants is set in this matter for January 29, 2024, at 9:00 a.m., to address the status of this matter, and needed briefing schedule, and dates for resentencing proceedings.

It is SO ORDERED.

Dated: November 9, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE