UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN THAT LUONG, MINH HUYNH, THY CHANN, and THONGSOUK THENG LATTANAPHOM,<br><br>　　　　Defendants. | No. 2:99-cr-00433 WBS<br><br><br><br>ORDER |

----oo0oo----

　　　　The court previously set a status conference for January 29, 2024, at which the parties would discuss dates and deadlines for briefing and resentencing.  (See Docket No. 2035 at 54-56.)  The parties are hereby ORDERED to file a joint status report regarding any agreed upon or respective suggestions for dates and deadlines, including a proposed briefing schedule and date for resentencing.  The joint status report shall be filed by 12:00 p.m. on January 26, 2024.

　　　　IT IS SO ORDERED

Dated:　January 23, 2024

　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1