PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>        v.<br><br>JOHN THAT LUONG, et al.,<br><br>                   Defendants. | CASE NO. 2:99-CR-0433-WBS<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON RESENTENCING OF DEFENDANTS LUONG, LATTANAPHOM, AND HUYNH |

**STIPULATION**

1.      During the resentencing hearing of defendant Thy Chann on August 1, 2023, the Court inquired about the status or ability to resentence defendant John That Luong, Minh Huynh, and Kevin Lattanaphom.  ECF 2028.

2.      The parties submitted a joint status report on January 26, 2024, that set forth each respective defendant's position on the ability of the Court to resentence defendants Luong, Huynh, and Lattanaphom.  ECF 2049.  On January 29, 2024, the Court granted the parties' request to provide the Court with briefing on the legal issues raised as to defendants Luong, Huynh, and Lattanaphom, and set the agreed-upon dates for briefing.  ECF 2050.

3.      On March 29, 2024, defendant Luong, ECF 2062, and defendants Huynh and Lattanaphom, ECF 2063, filed timely briefs opposing resentencing of the defendants.

4.    Under the schedule, the government's response is due today, April 29, 2024. Unfortunately, government counsel has been in a lengthy, multi-defendant RICO trial since jury selection began on February 20, 2024, in *United States v. Yandell, et al.*, Case No. 2:19-CR-0107-KJM. The case was submitted to the jury on April 24, 2024.  The jury is currently deliberating.  Because of government counsel's responsibilities in the trial, I was not able to complete the government's brief as previously ordered by the Court.  On April 29, 2024, counsel for defendants Luong, Huynh, and Lattanahpom agreed with government counsel's request to revise the briefing schedule under the circumstances.

5.    In order to provide government counsel adequate time to complete the jury trial and prepare the government's response, and to accommodate defense counsel's preexisting briefing obligations and vacation schedule during the month of June, the parties respectfully submit this proposed briefing schedule.  Accordingly, by this stipulation, the parties now move that:

1          a)        Opposition/response of the United States is due on June 10, 2024;

2          b)        Reply briefs, if any, from defendants Luong, Huynh, and Lattanaphom are due on

3                    July 8, 2024; and

4          c)        A hearing on the briefing will be held on July 15, 2024, at 9:00 a.m.

5

6       IT IS SO STIPULATED.

7

8                                     PHILLIP A. TALBERT
United States Attorney

9  Dated:  April 29, 2024

10                                  */s/ Jason Hitt*

11                                  JASON HITT
Assistant United States Attorney

12  Dated:  April 29, 2024            */s/ Alexis Haller, Esq.*

13                                  ALEXIS HALLER, Esq.
Attorney for John Luong

14                                  Authorized to sign for defense counsel on April 29, 2024

15

16  Dated:  April 29, 2024            */s/ Ann McClintock, Esq.*

17                                  ANN McCLINTOCK
Assistant Federal Defender

18                                  Attorney for Thongsouk Theng Lattanaphom
Authorized to sign for defense counsel on April 29, 2024

19

20  Dated:  April 29, 2024            */s/ John Manning, Esq.*

21                                  JOHN MANNING, Esq.
Attorney for Minh Huynh

22                                  Authorized to sign for defense counsel on April 29, 2024

23

24  Dated:  April 29, 2024            */s/ Gail Ivens, Esq.*

25                                  GAIL IVENS, Esq.
Attorney for Thy Chann

26                                  Authorized to sign for defense counsel on April 29, 2024

27

28

1

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

       a)      Opposition/response by the United States is due on June 10, 2024;

       b)      Reply briefs, if any, from defendants Luong, Huynh, and Lattanamphom are due on July 8, 2024; and

       **c)**      A hearing on the briefing is set for **July 15, 2024, at 9:00 a.m.**

IT IS SO ORDERED.

Dated:  April 30, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE