UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:99-cr-00433 WBS |
| Plaintiff, | |
| v. | ORDER |
| JOHN THAT LUONG, MINH HUYNH, THY CHANN, and THONGSOUK THENG LATTANAPHOM, | |
| Defendants. | |

----oo0oo----

During proceedings regarding the resentencing of defendant Thy Chann, his counsel suggested that the court could resentence co-defendants John That Luong, Thongsouk Theng Lattanaphom, and Minh Huynh, who have completed service of their prison sentences in this case.  The court accordingly ordered briefing from the government and these co-defendants on this issue.  Luong, Lattanaphom, and Huynh assert that the court has no power to resentence these defendants, and the government agrees.

1

Unfortunately, the government's strategic choices and/or inaction in this case have resulted in what amounts to a windfall for these defendants. While this court continues to believe that the facts and relevant sentencing factors compel imposition of substantially longer sentences upon defendants Luong, Lattanaphom, and Huynh than they have served, the court is unaware of any authority that would allow it to resentence these defendants, or any defendants who have completed service of their sentences. To the contrary, for the reasons discussed by defendants in their briefs and the government's concessions, the court must conclude that it has no such authority. (See Docket Nos. 2062, 2063.)

In light of this determination, the hearing set for July 15, 2024 is hereby VACATED. The government and defendant Chann shall file forthwith a stipulation and proposed order with a new resentencing date and any related deadlines for a revised presentence report, objections, and sentencing memoranda, if necessary.[1]

IT IS SO ORDERED.

Dated: June 21, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] Because the court concludes that it has no authority to resentence Luong, Lattanaphom, or Huynh, at Chann's resentencing, it will consider any arguments regarding sentencing disparities between these defendants in light of their respective culpability.